IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY JERALD DANIELS,<br><br>    Petitioner,<br><br>v.<br><br>THIRD DISTRICT COURT et al.,<br><br>    Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-1228-CW<br><br>District Judge Clark Waddoups |

Petitioner, Jeffrey Jerald Daniels, filed a *pro se* habeas corpus petition under 28 U.S.C.S. § 2254 (2018). Reviewing it in an Order dated September 26, 2017, the Court determined it was deficient for a variety of reasons. The Court then gave Petitioner directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form habeas corpus petition, and ordered him to cure the deficiencies within thirty days. Petitioner has not since communicated with the Court in any way.

**IT IS THEREFORE ORDERED** that--because of Petitioner's failure to comply with the Court's Order and to prosecute his case--the action is **DISMISSED**. This action is **CLOSED**.

DATED this 13th day of February, 2018.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court