IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| JEFFREY JERALD DANIELS, Petitioner, v. THIRD DISTRICT COURT et al., Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 2:16-CV-1228-CW <br><br> District Judge Clark Waddoups |
|---|---|

Petitioner, Jeffrey Jerald Daniels, filed a *pro se* habeas-corpus petition. 28 U.S.C.S. § 2254 (2018). Reviewing it in an Order dated September 26, 2017, the Court determined it was deficient for a few reasons. (Doc No. 11.) The Court then gave Petitioner directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form habeas corpus petition, and ordered him to cure the deficiencies within thirty days. (*Id*.) The Court has since given Petitioner two more chances to cure his deficient petition. (Doc. Nos. 16 & 18.) Over a year later, Petitioner still has never complied. The Court has now not heard from Petitioner since June 26, 2018, when he filed an unsuccessful motion for appointed counsel. (Doc. Nos. 17 & 18.)

**IT IS ORDERED** that--because of Petitioner's failure to comply with the Court's Order and to prosecute his case--the action is **DISMISSED**. This action is **CLOSED**.

DATED this 5th day of October, 2018.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court